# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LIGHTERING LLC, STARR INDEMNITY & LIABILITY COMPANY, and AGCS MARINE INSURANCE COMPANY, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3374 |
| TEICHMAN GROUP, LLC, and T&T OFFSHORE, INC., | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the accompanying memorandum and opinion, the defendants' motion to dismiss, (Docket Entry No. 29), is granted. This case is dismissed with prejudice.

SIGNED on July 16, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge